Nov. Term,
1851.

BURGESS
v.
CLARK.

BURGESS v. CLARK.

Proceeding in domestic attachment. Plea, that when the suit was commenced, and for 18 months previously, and from thence hitherto, the defendant was an inhabitant and resident of the territory of *Wisconsin, &c.* To support the plea, it having first been proved that the defendant had left *Allen* county in this state some two years previously to the commencement of the suit, evidence was received of the declarations of the defendant when he left that he was going to some of the western territories, and of his intention as to returning. *Held,* that the evidence was admissible as a part of the *res gestæ.*

Post-marks on letters are admissible in evidence, in a civil case, without proof, where no reason is shown for doubting their genuineness.

Wednesday,
December 10.

APPEAL from the *Allen* Circuit Court.

BLACKFORD, J.—This was a suit commenced in the *Allen* Circuit Court in 1848, by writ of domestic attachment. *Burgess* was the plaintiff and *Clark* the defendant.

Plea, that when the suit in attachment was commenced, and for eighteen months previously, and from thence hitherto, the defendant was an inhabitant and resident of the territory of *Wisconsin*, and not of the state of *Indiana*.

Replication in denial of the plea. This cause was tried in 1848. A witness for the defendant stated that, in *July*, 1846, the defendant left *Allen* county in this state; and that previously and up to that time, he, the defendant, resided in said *Allen* county. The witness further stated that, when the defendant went away, he said he was going to some of the western territories, and might or might not return.

That part of said testimony which relates to what the defendant, when he went away, told the witness, was objected to by the plaintiff; but the objection was correctly overruled. What the defendant thus said was part of the *res gestæ.*

The witness produced two letters purporting to be signed by the defendant, and directed to him, saying that he was well acquainted with the defendant's hand-writing. The letters were dated in *August*, 1846, and post-marked, *Port Washington, Wisconsin, August*, 1846, in writing, and purported to be signed by the defendant.

The post-marks and signatures on said letters were offered and given in evidence; to which the plaintiff objected; but the Court overruled the objection. We understand, from the above, that the letters were proved. The post-marks were admissible without proof, it not being shown that there was any reason to doubt of their being genuine (1).

The record contains all the evidence; and we think it sufficient to support the verdict.

*Per Curiam.*—The judgment is affirmed with costs.

J. G. *Walpole*, for the appellant.

R. *Brackenridge*, Jr., for the appellee.